# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# (CLEVELAND)

| | |
|---|---|
| YVETTE R. EWUSIE, | ) |
| Plaintiff, | ) Case No.: |
| v. | ) Removed from: |
| PRESTIGE FINANCIAL SERVICES, INC., | ) Cuyahoga County |
| | ) Court of Common Pleas |
| Defendant. | ) Case No.: CV-20-937353 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332(d), 1441, and 1446, Defendant Prestige Financial Services, Inc. ("Prestige"), by its attorneys, respectfully files this Notice of Removal to remove this action from the Court of Common Pleas in Cuyahoga County, Ohio, to the United States District Court for the Northern District of Ohio. In support of this Notice of Removal, Prestige states as follows:

1. Plaintiff, Yvette R. Ewusie, originally commenced this action by filing a Complaint against Prestige in the Cuyahoga County Court of Common Pleas, captioned *Yvette R. Ewusie v. Prestige Financial Services, Inc.*, Case No. CV 20-937353, on September 16, 2020, and amended the complaint February 26, 2021 to assert a purported class action (the "Complaint"). A true and correct copy of the Complaint is attached hereto as Exhibit A. No further proceedings before the state court have occurred.

2. For the reasons described below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1332(d) because plaintiff's complaint alleges causes

of action providing this Court jurisdiction under the Class Action Fairness Act ("CAFA").

3. Plaintiff's Complaint alleges that Prestige violated the Ohio Retail Installment Sales Act, Section 1317.01, *et seq.*, and the Ohio Uniform Commercial Code, Section 1309.01, *et seq.* due to Prestige's allegedly unlawful collection activities concerning a debt which was owed to Prestige by Plaintiff.

4. CAFA's jurisdictional requirements are met here in that there is minimal diversity in that plaintiff is an Ohio citizen and Prestige was incorporated and is located in Utah, there are 100 or more putative class members, and there is more than $5 million dollars in controversy. The Complaint is therefore removable pursuant to 28 U.S.C. § 1441.

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is being filed within thirty (30) days after service of the Complaint on Defendant Prestige. *See* Exhibit B (state court docket).

6. The Cuyahoga County Court of Common Pleas is located within the federal Northern District of Ohio. Therefore, venue for purposes of removal is proper because the United States District Court for the Northern District of Ohio embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being caused to be served on Plaintiff, through her attorneys, at the address provided in the Complaint. Notice will also be promptly filed with the clerk of the Cuyahoga County Court of Common Pleas.

8. Prestige files this Notice of Removal solely for the purpose of removing the state court action and does not waive, and specifically reserves, all defenses.

WHEREFORE, Defendant Prestige Financial Services, Inc. gives notice that this action is removed to the United States District Court for the Northern District of Ohio, and respectfully requests that no further proceedings in this matter be had in the Cuyahoga County Court of Common Pleas.

Date: March 25, 2021            Respectfully submitted,

*s/ James O'Connor*
James O'Connor, Esq. (0063428)
Franklin C. Malemud, Esq. (0068356)
Reminger Co., L.P.A.
101 W. Prospect Ave. Ste. 1400
Cleveland, OH, 44115-1074
(216) 430-2225
JOconnor@reminger.com
FMalemud@reminger.com

*Attorneys for Defendant*
*Prestige Financial Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 25, 2021, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. A copy of this document and all attachments are being delivered by regular mail and electronic mail to Plaintiff's counsel at the following address:

Ronald A. Frederick
Michael L. Berler
Michael L. Fine
Frederick & Berler, LLC
767 East 185th Street
Cleveland, OH 44119
ronf@clevelandconsumerlaw.com
mike@clevelandconsumerlaw.com
michaelf@clevelandconsumerlaw.com

Laura A. DePledge
DePledge Law Office, Inc.
7408 Center Street
Mentor, OH 44060
depledgelawinc@aol.com

Respectfully submitted,

*s/ James O'Connor*

*Attorney for Defendant*
*Prestige Financial Services, Inc.*

4