UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| YVETTE R. EWUSIE, | ) | Case No. : 1:21 CV 667 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| PRESTIGE FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel have notified the Court that the above captioned case has been settled. (Doc. #15). Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: May 27, 2021